# EXHIBIT 1

**Washington Decoded**   9208 Wooden Bridge Road, Potomac, Maryland   20854
www.washingtondecoded.com          mxh@juno.com          301 251 6616 tele & fax

December 5, 2012

**VIA CERTIFIED MAIL & FACSIMILE (301-837-0293)**

FOIA Officer
National Archives and Records Administration
8601 Adelphi Road, Room 3110
College Park, MD  20740

**Re:  Freedom of Information Act Request**

Dear FOIA Officer:

    Pursuant the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, I hereby request that the National Archives And Records Administration ("NARA") produce, within twenty (20) business days, copies of the seven records identified in the enclosed "Documents from the Robert F. Kennedy Papers: Attorney General's Confidential File which have been identified by the JFK Assassination Records Review Board as 'Assassination Records.'"

    If any responsive record or portion thereof is claimed to be exempt from production under FOIA, please provide sufficient identifying information with respect to each allegedly exempt record or portion thereof to allow us to assess the propriety of the claimed exemption.  *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974).  In addition, any reasonably segregable portion of a responsive record must be provided, after redaction of any allegedly exempt material.  5 U.S.C. § 552(b).

    If you do not understand this request or any portion thereof, or if you feel you require clarification of this request or any portion thereof, please contact me at address above. Thank you for your cooperation.

Sincerely,

Max Holland

cc:   John F. Kennedy Presidential Library
      Columbia Point
      Boston, MA 02125

Documents from the Robert F. Kennedy Papers: Attorney General's Confidential File which have been identified by the JFK Assassination Records Review Board as "Assassination Records"

Central Intelligence Agency, File 3, Box 2:

1. A document discussing CIA activities in Cuba. Status: Classified. Must be reviewed by CIA representative. [Contents similar to those of items in the National Security Files: Countries: Cuba which were declassified and opened in October 1996.] Copy not enclosed.

Special Group (CI), File 4-1-1, Minutes, 7/64-8/64, Box 3:

2. Department of State Incoming Cable from Mexico SECSTATE 318. Status: Reviewed and declassified, copy enclosed.

Civil Action Programs, File 4-12-4, Box 6:

3. A document discussing CIA activities in Cuba. Status: Classified. Must be reviewed by CIA representative. [Contents similar to those of items in the National Security Files: Countries: Cuba which were declassified and opened in October 1996.] Copy not enclosed.

Cuba: 2506 Brigade, File 6-6, Box 10:

4. Cuban Information Service, 1/26/63, "THE PLANES THAT WERE NOT THERE". Status: Unclassified, copy enclosed.

The White House: Miscellaneous, File 33-0, Folder 1, Box 34:

5. 12/6/63 Janet Travell memo for the File with attached memo of hers entitled "List of Sealed Envelopes Containing President Kennedy's Records Now In My Hands, Delivered to Mr. Kenneth O'Donnell on November 27, 1963". Status: Unclassified, copy enclosed. Note: The materials cited are on deposit at the Library and have been determined to be records of John F. Kennedy administered under the deed of gift for his papers and by the John Kennedy Donor Committee. That Committee has kept these materials closed under the terms of the deed.

The White House: The President, File 33-1, Folder 3, Box 35:

6. William Greer, U.S. Secret Service, 5/14/64 statement "Information on Lincoln Bubble Top Automobile sinse (sic) returning from Dallas". Status: Unclassified, copy enclosed.

The White House: McGeorge Bundy, File 33-3, Folder 1, Box 35:

7. McGeorge Bundy 7/25/64 memo to the Attorney General, "Subject: Warren Commission Report" with attached "Tentative Outline of the Report of the President's Commission on the Assassination of President Kennedy". Status: Reviewed and declassified, copy enclosed.