IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAX HOLLAND,                     )<br>                                                  )<br>        Plaintiff,                      )<br>                                                  )<br>v.                                             )     Civil Action No. 13-0185 (CKK)<br>                                                  )<br>U.S. NATIONAL ARCHIVES  )<br>AND RECORDS ADMINISTRATION  )<br>                                                  )<br>        Defendant.                 )<br>_____ )| |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Max Holland hereby dismisses this action with prejudice.

Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199

Counsel for Plaintiff